MILDRED D. MANG, Appellant, v. MAGNUS P. BENZING, Individually and as Surviving Trustee under a Declaration Trust Made by MAGNUS A. BENZING, et al., Respondents, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting a motion to dismiss plaintiff's complaint in a mortgage foreclosure action.) Present— Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

R. J. SALES CORPORATION, Respondent, v. MARJAY HOME EQUIPMENT CO., INC., Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Memorandum: On deciding the appeal of the defendant we did not overlook the so-called release dated August 10, 1950. We reached the conclusion that the grounds on which the objection was made to its receipt in evidence were not well taken. However, the instrument is not a self-executing release. By its terms it is an agreement to release "upon fulfillment of" its "covenants." It appeared from the evidence of both Abramowitz and Feldman that the "covenants" therein contained were not fulfilled. It further appeared that the instrument was superseded by a later instrument dated October 19, 1950, which was received in evidence. Under such circumstances the failure to receive the instrument dated August 10, 1950, was not such error as to require reversal of the judgment. Present— Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See ante, p. 793.]

VILLAGE OF KENMORE, Appellant, v. REPUBLIC LIGHT, HEAT & POWER COMPANY, INCORPORATED, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present— Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See ante, p. 947.]

In the Matter of the Construction of the Will of CARRIE B. TALMAGE, Deceased. JOHN H. BELLINGER, Respondent; FRANCIS PRESTON, Individually and as Executor of CARRIE B. TALMAGE, Deceased, Appellant.— Motion for modification or for leave to appeal to the Court of Appeals denied. Present— Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See ante, p. 949.]

## (May 13, 1953.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RIFORGIATO, Appellant.— Judgment of conviction affirmed. Sentence modified by striking therefrom, following the words "Robbery 1st degree" the words "1st count; and a like sentence on the conviction of Robbery 1st degree, 2nd count". Memorandum: The first and second counts of the indictment charged the defendant with the commission of the same crime of robbery, first degree. While defendant was properly found guilty upon both counts, separate sentences should not have been imposed on each count. All concur. (Appeal from a judgment convicting defendant of the crime of robbery, first degree, in two counts, and of violation of subdivision 5-a of section 1897 of the Penal Law in a fourth count.) Present— Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.